CONSTANTINEE L. JACKSON, Appellant, v STATE OF NEW YORK, Respondent.

Decided April 6, 2010

Appeal dismissed, without costs, by the Court of Appeals sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

———

In the Matter of LARRY TT. JAMES CONWAY, as Superintendent of Attica Correctional Facility, et al., Respondents; LARRY TT., Appellant. (Proceeding No. 1.)

In the Matter of STATE OF NEW YORK, Respondent, v LARRY TT., Appellant. (Proceeding No. 2.)

Submitted January 19, 2010; decided April 6, 2010

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the denial of appellant's motion to dismiss the Mental Hygiene Law article 10 proceeding, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

———

In the Matter of the Claim of DAVID S. MALONE, Appellant, v VRD DECORATING et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted February 16, 2010; decided April 6, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.